# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harpool, Mark D. | United States District Court for the Western District of Mo | 1/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Active | ✔ Nomination   Date 01/06/2014 <br> ☐ Initial   ☐ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 1/1/2013 <br> **to** <br> 12/16/2013 |

**7. Chambers or Office Address**

1901-C S. Ventura
Sprngfield, Missouri 65804

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Shareholder/Director | Baird, Lightner, Millsap and Harpool P.C. |
| 2.   Member | BLMH Properties LLC |
| 3.   Member- Board of Directors | Springfield Metropolitan Bar Association. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Baird, Lightner, Millsap and Harpool P.C. | $407,550.00 |
| 2. | 2013 | State of Missouri - Retirement | $11,770.00 |
| 3. | 2012 | Baird, Lightner, Millsap and Harpool P.C. | $371,293.00 |
| 4. | 2012 | State of Missouri--Retirement | $12,840.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self employed- babysitting |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 1/06/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.  Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 1/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apple - common stock | C | Dividend | M | T | Exempt | | | | |
| 2. Bank of America -common stock | A | Dividend | K | T | Exempt | | | | |
| 3. Core Mark - common stock | A | Dividend | J | T | Exempt | | | | |
| 4. American Captial Guaranty- common stock | C | Dividend | | | Exempt | | | | |
| 5. General Electric- common stock | B | Dividend | K | T | Exempt | | | | |
| 6. Google - common stock | A | Dividend | L | T | Exempt | | | | |
| 7. IBM- common stock | A | Dividend | | | Exempt | | | | |
| 8. JP Morgan common stock | B | Dividend | L | T | Exempt | | | | |
| 9. O'Reilly Automotive - common stock | A | Dividend | K | T | Exempt | | | | |
| 10. Sirius - common stock | A | Dividend | J | T | Exempt | | | | |
| 11. DFA Emerging Markets Portfolio | A | Dividend | J | T | Exempt | | | | |
| 12. DFA Emerging Markets Value Portfolio | A | Dividend | J | T | Exempt | | | | |
| 13. Dimensional Intereational Small Cap Value Fund | A | Dividend | J | T | Exempt | | | | |
| 14. DFA International Small Company Portfolio | A | Dividend | J | T | Exempt | | | | |
| 15. DFA International value Portfolio | A | Dividend | K | T | Exempt | | | | |
| 16. DFA U.S. Large Cap Value Portfolio | A | Dividend | K | T | Exempt | | | | |
| 17. DFA U.S. Micro Cap Portfolio | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA U.S. Small Cap Portfolio | A | Dividend | J | T | Exempt | | | | |
| 19. DFA U.S. Small Cap Value Portfolio | A | Dividend | J | T | Exempt | | | | |
| 20. Dreyfus Greater China Fund | A | Dividend | | | Exempt | | | | |
| 21. Federated Intistutional High Yield Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 22. Federated Total Return Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 23. Franklin Small Cap Fund | A | Dividend | K | T | Exempt | | | | |
| 24. Hartford Capital Appreciation Fund | A | Dividend | L | T | Exempt | | | | |
| 25. Hartford Dividend and Growth Fund | A | Dividend | K | T | Exempt | | | | |
| 26. Hartford Global Healthcare Fund | A | Dividend | K | T | Exempt | | | | |
| 27. Hartford Midcap Fund | A | Dividend | L | T | Exempt | | | | |
| 28. Invewsco Charter Fund | A | Dividend | K | T | Exempt | | | | |
| 29. Invesco American Franchise Fund | A | Dividend | K | T | Exempt | | | | |
| 30. Invesco Developing Markets Fund | A | Dividend | | | Exempt | | | | |
| 31. Invesco Energy Fund | A | Dividend | | | Exempt | | | | |
| 32. Invesco Small Cap Equity Fund | A | Dividend | J | T | Exempt | | | | |
| 33. PIMCO Commodity Real Return Strategy Fund | A | Dividend | J | T | Exempt | | | | |
| 34. PIMCO Foreign Bond (unhedged) Fund | A | Dividend | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 1/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR Dow Jones Global Real Estate (etf) | A | Dividend | J | T | Exempt | | | | |
| 36. Vanguard Developed Markets Index Fund | A | Dividend | K | T | Exempt | | | | |
| 37. Vanguard Growth Index Fund | A | Dividend | K | T | Exempt | | | | |
| 38. Vanguard S&P 500 Index Fund ETF | A | Dividend | K | T | Exempt | | | | |
| 39. Vanguard Short Term Inflation -Protected Securities ETF | A | Dividend | J | T | Exempt | | | | |
| 40. Vanguard Short Term Investment Grade Fund | B | Dividend | K | T | Exempt | | | | |
| 41. Federated Ultra Short Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 42. Dreyfus General 696 MMKT Fund | A | Interest | J | T | Exempt | | | | |
| 43. Fidelity Cash Reserve Fund | A | Interest | J | T | Exempt | | | | |
| 44. Baird, Lightner Millsap and Harpool P.C. | | None | N | W | Exempt | | | | |
| 45. BLMH Properties LLC | D | Distribution | M | U | Exempt | | | | |
| 46. Bank of America Accounts- cash | A | Interest | K | T | Exempt | | | | |
| 47. Great Southern Bank account-cash | A | Interest | J | T | Exempt | | | | |
| 48. MOST 529 Plan- Moderate Age-Based Option Vanguard Growth | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 1/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark D. Harpool**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544